USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOANDRA TEJADA GONZALEZ,

Defendant.

No. 18-CR-640

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at the conference held today, defendant's bail conditions are modified to include the following:

- GPS Monitoring is replaced by radio frequency location monitoring.

- The defendant shall abide by a curfew of 12:00 a.m. to 5:00 a.m.

- The defendant shall meet all bail conditions within two weeks.

- The defendant shall not possess any firearms, nor shall there be any firearms in the residence in which she resides.

SO ORDERED.

Dated:    June 26, 2020
          New York, New York

Ronnie Abrams
United States District Judge