# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

December 14, 2020

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> The parties shall file a status letter in 30 days.
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> December 14, 2020

Re: United States v. Joandra Tejada Gonzalez
Docket No.: 18-Cr-00640 (RA)

Dear Honorable Judge Abrams:

We write to give the Court a status report regarding the above referenced matter.

Please know that based upon discussions between the parties as well as investigations by our office, we are confident that the matter will be resolved without the need for a trial. However, the parties need a bit more time to further examine information that has turned up. We anticipate bringing the matter to resolution within the next 30 days.

Thank you in advance for your patience.

Respectfully submitted,

Deveraux L. Cannick, Esq.

DLC/ad