# AIELLO CANNICK
Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

January 12, 2021

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The trial scheduled for March 15, 2021 is adjourned *sine die*. A status conference is scheduled for March 19, 2021 at 11:00 a.m. Time is excluded until March 19, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> January 12, 2021

Re: **United States v. Joandra Tejada Gonzalez**
**Docket No.: 18-Cr-00640 (RA)**

Dear Honorable Judge Abrams:

We write to apprise the Court of the status of the above referenced matter.

Please know that the parties have been engaged in ongoing discussions to bring the matter to a resolution. We are confident that the matter will be resolved without a trial. Therefore, we respectfully request that the matter be removed from the trial calendar. We suggest that the March 15th, 2021 trial date be changed instead to a status conference.

We suggest a lengthy date because there must be an investigation of the consequences of the contemplated disposition.

The Government does not object to our request.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick, Esq.

DLC/ad
Cc: AUSA Michael Neff via email