# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

March 10, 2021

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to May 3, 2021 at 11:00 a.m. Time is excluded until May 3, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
March 10, 2021

Re:   United States v. Joandra Tejada Gonzalez
      Docket No.: 18-Cr-00640 (RA)

Dear Honorable Judge Abrams:

We are the attorneys for Joandra Tejada Gonzalez. She is scheduled to appear before Your Honor on March 15, 2021 for a status conference. We write to respectfully request that the matter be adjourned for approximately six weeks.

We are pursuing a DP or a misdemeanor disposition on behalf of Ms. Tejada Gonzalez. We have collected a number of documents that needs to be translated from Spanish to English. After they have been translated, we will submit our application to the Government for their consideration.

Therefore, we respectfully request that the March 15, 2021 status conference be adjourned for approximately six weeks. The parties jointly request a corresponding exclusion of time, under the Speedy Trial Act, to continue discussions about a potential pretrial resolution.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick, Esq.

DLC/ad
Cc: AUSA Michael Neff via email