

# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

April 29, 2021

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

> Application granted. The conference is adjourned to July 9, 2021 at 11:30 a.m. Time is excluded until July 9, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(A).
>
> SO ORDERED.
>
> Ronnie Abrams, U.S.D.J.
> April 29, 2021

**Re:     United States v. Joandra Tejada Gonzalez**
**Docket No.:  18-Cr-00640 (RA)**

Dear Honorable Judge Abrams:

Ms. Tejeda Gonzalez is scheduled to appear before Your Honor on Monday, May 3rd, 2021 for a status conference. We write to respectfully request that the matter be adjourned for 60 days.

As you know, we are in the process of submitting a DP application to the Government. Please know that we have collected all of the documents and have had them interpreted. However, a personal matter arose before I could proof the draft.

We believe 60 days would be ample time for the Government's consideration. AUSA Michael Neff consents to our request.

Assuming our application is granted, we consent to the exclusion of time for the requested period.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick, Esq.

DLC/ad
Cc: AUSA Michael Neff via email