# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

September 7, 2021

**VIA ECF**
The Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted. The conference is adjourned to October 21, 2021 at 11:00 a.m. Time is excluded until October 21, 2021, under the Speedy Trial Act, pursuant to 18 U.S.C. Section 3161(h)(7)(a).

SO ORDERED.

Ronnie Abrams, U.S.D.J.
September 7, 2021

Re:    United States v. Joandra Tejada Gonzalez
       Docket No.:  18-Cr-00640 (RA)

Dear Honorable Judge Abrams:

Several months ago, we submitted an application to the Government for a Deferred Prosecution of Ms. Tejeda-Gonzalez's matter. The Government is still considering our application. Moreover, I am currently on trial before Judge Donnelly in the EDNY in the matter of USA v. Robert Kelly.

Given the foregoing, we respectfully request that the instant matter be adjourned for six (6) weeks.

Please know that the Assigned Assistant, Michael Neff, consents to our request.

Thank you in advance for your consideration.

Respectfully submitted,

Deveraux L. Cannick, Esq.

DLC/ad

Cc: AUSA Michael Neff via email