

Robert J. Aiello
**Deveraux L. Cannick**
―――
Jennifer Arditi
**Of Counsel**
John S. Esposito
Anthony J. Rattoballi

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

December 9, 2021

**VIA ECF**
Honorable Judge Ronnie Abrams
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Application granted.

SO OREDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
December 9, 2021

    Re:    **United States v. Joandra Tejada Gonzalez**
             **Docket No.: 18-Cr-00640 (RA)**

Dear Judge Abrams:

    I represent Ms. Joandra Tejada Gonzalez as defense counsel pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. I respectfully request that the Court permit defense counsel to file interim vouchers.

                            Respectfully submitted,

                            */s/ Deveraux L. Cannick*

                            Deveraux L. Cannick

DLC/mw