USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18-CR-640 |
| v. | ORDER |
| JOANDRA TEJADA GONZALEZ, | |
| Defendant. | |

RONNIE ABRAMS, United States District Judge:

A conference is scheduled for Monday, December 13, 2021 at 11:00 a.m. To access the proceeding, use the following dial-in information: Dial-In Number: 888-363-4749; Access Code: 1015508

SO ORDERED.

Dated:   December 10, 2021
         New York, New York

Ronnie Abrams
United States District Judge