# AIELLO CANNICK
## Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**

John S. Esposito
Anthony J. Rattoballi

69-06 Grand Avenue
Maspeth, New York 11378
(718) 426-0444, Fax (718) 803-9764
Email: info@aiellocannick.com

November 16, 2022

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application granted.

SO ORDERED.

*[signature]*

Ronnie Abrams, U.S.D.J.
November 16, 2022

    Re:    **United States v. Joandra Tejada Gonzalez**
            **Docket No.: 18-CR-00640 (RA)**

Dear Hon. Judge Abrams:

    On behalf of our client, Joandra Tejada Gonzalez, we respectfully request that the Court approve the release of Ms. Tejada Gonzelez's passport to her which is currently in the possession of Pretrial Services Office.

    As you are aware, Ms. Tejada Gonzalez was granted deferred prosecution on December 13, 2021 subject to the terms and conditions of a Deferred Prosecution Agreement.

    Thank you in advance for your consideration.

Respectfully submitted,

*[signature]*
Deveraux L. Cannick

DLC/ad